✎AO ___          Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ NEW YORK

UNITED STATES OF AMERICA

**ORDER AND AMENDED JUDGMENT**
**REGARDING MOTION FOR SENTENCE**
**REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

## V.

FREDDIE BROWN

Case Number:  5:06-cr-220 (DNH) _____
USM Number:  13869-052 _____
Lisa A. Peebles, Esq. _____

Date of Previous Judgment:  August 14, 2007 _____
(Use Date of Last Amended Judgment if Applicable)

Defendant's Attorney

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED      ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __ months **is reduced to ___ months**.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 23                    Amended Offense Level: __
Criminal History Category: V                  Criminal History Category: __
Previous Guideline Range: 120  months         Amended Guideline Range: ___ to ___  months

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):

_____
_____

## III.  ADDITIONAL COMMENTS

Defendant's original sentence was a departure from the statutory penalty and a reduction in the guideline range would not result in a sentence less than the original 54 months imposed.

All provisions of the judgment dated August 14, 2007 shall remain in effect.

**IT IS SO ORDERED**.

March 16, 2009
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge